| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ripple, Kenneth F. | 2. Court or Organization<br><br>Court of Appeals - 7th Circuit | 3. Date of Report<br><br>05/11/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>204 South Main Street, Room 208<br>South Bend, IN 46601-2122 |
|---|

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | See Section VIII, Part I | |
| 2. | See Section VIII, Part I | |
| 3. | See Section VIII, Part I | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2020 | See Section VIII, Part II |
| 2. | 2020 | See Section VIII, Part II |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Part-time teaching - University of Notre Dame | $28,181.55 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Section VIII, Part IV | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ripple, Kenneth F.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  See Section VIII, Part V | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ripple, Kenneth F.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank, So. Bend, IN IRA - Money Market | A | Interest | K | T | Sold (part) | 11/13/20 | J | | |
| 2. IRA BNY Mellon Equity Income Fund-Class A | A | Dividend | K | T | Sold (part) | 11/02/20 | J | | |
| 3. Notre Dame FCU - Notre Dame, IN savings & checking account | A | Interest | M | T | | | | | |
| 4. U.S. Savings Bonds | | None | J | T | | | | | |
| 5. UND TIAA/CREF Retirement Fund (H) | | | | | | | | | |
| 6. -TIAA Traditional | D | Int./Div. | N | T | | | | | |
| 7. - CREF Stock R3 | | None | O | T | | | | | |
| 8. - CREF Stock R2 | | None | L | T | | | | | |
| 9. Prudential Whole Life Insurance Policy #1 | A | Dividend | K | T | | | | | |
| 10. Prudential Whole Life Insurance Policy #2 | A | Dividend | K | T | | | | | |
| 11. Wilcac Life Insurance Whole Life Policy #1 (formerly Wilco Life Insur) | | None | J | T | | | | | |
| 12. Wilcac Life Insurance Whole Life Policy #2 (formerly Wilco Life Insur) | | None | J | T | | | | | |
| 13. Brighthouse Whole Life Insurance Policy | | None | J | T | | | | | |
| 14. Trust #5 (H) | | | | | | | | | |
| 15. -Federated Gov Obli Fd-Prm | A | Dividend | | | Buy | 01/31/20 | J | | |
| 16. | | | | | Distributed | 01/31/20 | J | | |
| 17. -Promissory Note G. Ripple & E. Talarico | A | Distribution | | | Distributed | 01/16/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ripple, Kenneth F.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Trust #7 (H) | | | | | | | | | |
| 19.   -Nuveen Short Dur H/Y Muni-I | B | Dividend | | | Sold | 06/04/20 | M | | |
| 20.   -Pimco Municipal Bond-Inst | C | Dividend | M | T | | | | | |
| 21.   -Vanguard Intm Trm T/E | D | Dividend | N | T | | | | | |
| 22.   -Vanguard Long-Trm T/E | B | Dividend | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 24.   -Voya Strategic Inc Opp-I | C | Dividend | L | T | | | | | |
| 25.   -Boston Partners INV All Cap Val Inst | B | Dividend | M | T | Sold<br>(part) | 03/10/20 | K | | |
| 26. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 28.   -Fidelity Contrafund | E | Dividend | N | T | Buy<br>(add'l) | 02/10/20 | J | | |
| 29. | | | | | Sold<br>(part) | 03/09/20 | J | | |
| 30. | | | | | Sold<br>(part) | 03/10/20 | K | C | |
| 31. | | | | | Sold<br>(part) | 04/14/20 | J | C | |
| 32. | | | | | Sold<br>(part) | 06/01/20 | J | C | |
| 33. | | | | | Sold<br>(part) | 06/04/20 | J | C | |
| 34. | | | | | Sold<br>(part) | 08/20/20 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ripple, Kenneth F.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/01/20 | J | C | |
| 36. | | | | | Buy<br>(add'l) | 12/14/20 | K | | |
| 37.   -iShares Russell 2000 ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 39.   -T Rowe PR Mid Cap Grow-I | B | Dividend | L | T | Sold<br>(part) | 03/10/20 | J | | |
| 40.   -T Rowe Price New Amer Grw-I | E | Dividend | M | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 03/10/20 | K | | |
| 42. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 43.    - Federated Hermes Govt Obl (formerly<br>Federated Gov Obli Fd-Prm) | A | Distribution | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 44. | | | | | Sold<br>(part) | 01/31/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 02/29/20 | J | | |
| 46. | | | | | Sold<br>(part) | 02/29/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 03/31/20 | K | | |
| 48. | | | | | Sold<br>(part) | 03/31/20 | L | | |
| 49. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 50. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 05/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 05/31/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 54. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 56. | | | | | Sold<br>(part) | 07/31/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 58. | | | | | Sold<br>(part) | 08/31/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 60. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 10/31/20 | J | | |
| 62. | | | | | Sold<br>(part) | 10/31/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 64. | | | | | Sold<br>(part) | 11/30/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 12/31/20 | K | | |
| 66. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 67.    -Mnsty Mcky H/Y Muni Bnd-I (X) | B | Dividend | M | T | Buy | 06/04/20 | L | | |
| 68.    -First Trust Value Line Dvd (X) | B | Dividend | L | T | Buy | 03/10/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ripple, Kenneth F.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Promissory Note G. Ripple & E. Talarico (X) | C | Interest | L | T | | | | | |
| 70. 1st Source Bank - Checking | A | Interest | J | T | | | | | |
| 71. Teacher's Credit Union Savings Account | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Item No. 1. Part-time Professor of Law, University of Notre Dame (joined faculty in 1977; part-time since appointment to the Judiciary).

As a faculty member, Judge Ripple is entitled to purchase tickets at a discount for athletic events. He receives, on the same basis as other faculty members, a discount on some items at the University bookstore. He also may use other University facilities such as the library and athletic facilities. Notre Dame provides Judge Ripple with Westlaw and Lexis services for his academic needs. Judge Ripple had the approval of the Chief Circuit Judge for his teaching activities.

Item No. 2. Member, Judicial Advisory Board, American Society of International Law. During the reporting period, Judge Ripple served on this board whose function is to advise the Society of the educational needs of the judiciary in the area of International law and to inform the Society of the cases that have been decided by the courts in that area. Each circuit has a representative. Judge Ripple was designated by the Chief Judge of the Circuit, and his appointment was approved by Justice Ginsburg, who then served as chair of the Committee.

Item No. 3. Advisor, American Law Institute, Restatement of the Law, 3d, Conflicts of Law. During the reporting period, Judge Ripple served with other judges and lawyers as an advisor to this project of the American Law Institute. He served as a volunteer with no reimburseable travel expenses for meetings during the reporting period. Advisors have no authority over the management of the American Law Institute.

II. Agreement

Item No. 1. TIAA/CREF Pension Fund - Prior to his appointment, Judge Ripple was a full-time employee of the University of Notre Dame. During those years (1977-1985), both he and the University contributed on his behalf to this nation-wide pension fund for University professors. The fund is administered by a board of trustees. Although Judge Ripple continues to teach at the University, neither he nor the University contributes to the fund as part of this arrangement.

Item No. 2. Part-time professor, University of Notre Dame - Details are set forth above in Section VIII, I.

IV. Reimbursements

Item No 1. On November 22, 2019, Judge Ripple attended a meeting of the Judicial Advisory Committee of the American Society of International Law. He was reimbursed for food, lodging, and travel. Although the trip was made in 2019, he was not reimbursed until 2020. The reimbursement is therefore reported in this 2020 report.

V. Gifts

West Publishing Company supplies Judge Ripple with a sample set of the Federal Reporter and miscellaneous legal material for use in his chambers. The Company makes these books available to all federal judges. The estimated value of materials received in 2020 is $2,527.46. These materials are used for the performance of official duties. Judge Ripple has transferred any interest he may have in these materials to the United States Government.

VII. Investments and Trusts

Item No. 5. This is a University of Notre Dame 403(B) Retirement Plan. It is an annuity contract invested in three funds. These investment funds have not changed from the prior year, but because the Committee of Financial Disclosure requested that specific funds chosen from the plan options be disclosed, each fund has been listed.

Items Nos 7 & 8. The annuity did not report any income as being credited to the CREF 2 and CREF 3 units, only a change in the value of the units.

Item Nos. 9 & 10. These are whole life insurance policies, and Judge Ripple has no ability to select specific investment funds.

Item Nos. 11, 12 & 13. No dividends or interest are attributable to any individual policy of this type. Each policy does have a cash value; that value is noted.

Item Nos. 15 - 17. These are all holdings, as well as purchase and sale transactions, within Trust No. 5 (Item 14). This trust closed in January 2020, and all holdings transferred to Trust No. 7 (Item 18).

Item Nos. 19 - 69. These are all holdings, as well as purchase and sale transactions, within Trust No. 7 (Item 18).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth F. Ripple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544